JUSTICE WARNER
concurs and dissents.
¶54 I also agree with the Court’s opinion insofar as it addresses the issues before us. I dissent to the order remanding this matter to the District Court for continued proceedings that the parties did not ask for, do not want, are costly, and are wasteful of the time and money of both the conservatorship estate and the District Court.
¶55 This appellate Court should know better than to unleash the dogs of war. This Court should have the judgment, and the humility, to know that its function is not to decide what people need, or what they want. They are perfectly capable of deciding such for themselves. I join the vigorous dissent of Chief Justice Gray for the reasons she has stated. It is indeed folly to force people to retain lawyers and accountants, and send them into a battle they do not want.